IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER OWENS** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **NO. 08-00365** |
| | : | |
| **SUNGARD AVAILABILITY SERVICES,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 20th day of July, 2009, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 27, filed May 15, 2009) and Petition of Counsel for Plaintiff for Leave to Withdraw (Document No. 29, filed May 20, 2009), **IT IS ORDERED** as follows:

1. Defendant's Motion for Summary Judgment **IS GRANTED**;

2. **JUDGMENT IS ENTERED** in **FAVOR** of defendant Sungard Availability Services and **AGAINST** plaintiff Christopher Owens.

2. Petition of Counsel for Plaintiff for Leave to Withdraw **IS GRANTED**.

BY THE COURT:

/s/ Honorable Jan E. DuBois

**JAN E. DUBOIS, J.**